UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-08-186 |
| | § | |
| OSCAR RENE VALDEZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING SENTENCING

The defendant has pleaded guilty to transporting aliens. After his plea of guilty, he requested bond (D.E. 21, 24). A hearing was held June 2, 2008. The motion for bond is denied. Once a plea of guilty is entered, detention is required unless the government has recommended that no sentence of imprisonment will be imposed and there is clear and convincing evidence that the defendant is not likely to flee or pose a danger to the community. 18 U.S.C. § 3143. No such showing was made here.

ORDERED this 26th day of June, 2008.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE